

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

JASON B. JENDREWSKI
Direct Dial: 212-878-7952
Email Address: JJendrewski@FoxRothschild.com

June 5, 2018

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      Re:    *Lucia Marett v. Ess-A-Bagel, Inc. (1:18-cv-03621) (JMF) (HBP)*
             **Notice of Settlement and Request for Adjournment of All Pending Dates**

Dear Judge Furman:

      We represent defendant Ess-A-Bagel, Inc. ("Defendant") in the above-referenced matter. On behalf of Defendant and plaintiff Lucia Marett ("Plaintiff"), we hereby inform the Court that the parties have achieved a settlement in principle and are in the process of drafting their settlement agreement. We anticipate that the parties will finalize and execute their settlement agreement and file a stipulation of dismissal with prejudice within the next forty-five (45) days. Given that the parties have resolved the litigation, we respectfully request that this Court adjourn all pending dates and provide the parties with forty-five (45) days to file their anticipated stipulation of dismissal.

      We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              */s/ Jason B. Jendrewski*

                              Jason B. Jendrewski

cc:    Dan Shaked, Esq. (*via* ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas

ACTIVE\58084694.v1