USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA MARETT, individually and as the representative of a class of similarly situated persons,

    Plaintiff,

– against –

ESS-A-BAGEL, INC.,

    Defendant.

---

ECF Case

1:18-cv-3621-JMF

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, plaintiff Lucia Marett and defendant Ess-a-Bagel, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

ACTIVE\60216310.v1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
July 24, 2018

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
44 Court Street, Suite 1217
Brooklyn, New York 11201
Telephone: (917) 373-9128
Facsimile: (718) 504-7555
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By: _____
Carolyn D. Richmond, Esq.
Glenn S. Grindlinger, Esq.
Jason B. Jendrewski, Esq.
101 Park Avenue, Suite 1700
New York, New York 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Email: crichmond@foxrothschild.com
  ggrindlinger@foxrothschild.com
  jjendrewski@foxrothschild.com
*Attorneys for Defendants*

SO ORDERED: _____
JESSE M. FURMAN, U.S.D.J.
July 26, 2018

ACTIVE\60216310.v1